FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 AUG 15  PM 12: 23

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Plaintiffs:

Charles L. Klein et' al
Sally L. Baptiste.
Theresa L. Kajkowski.

6:12-cv-1256-ORL-36DAB

Defendants:

Senator Majority Leader Harry Reid, et' al
Senator Harry Reid, et' al
House Speaker Congressman John Boehner et' al
Congressman John Boehner et' al

## COMPLAINT

Plaintiffs allege the Defendants have violated their sworn oath of office and as agents of the people, have breached their fiduciary duties to the Plaintiffs and all Americans by the improper and unethical management of the people's budget and monies.

Plaintiffs allege the Defendants; the U.S. House of Representatives and the U.S. Senate have appropriated funds from the U.S. Treasury without proper Congressional Approval and have failed to publish a "Statement and Account of Receipts and Expenditures of all public Money" as mandated by Article 1, Section 9, Clause 7 of the United States Constitution.

The Plaintiffs allege the failure of the Defendants, the U.S. House of Representatives and the U.S. Senate to pass the people's budgets has resulted in inappropriate and unethical spending by the Legislative and Executive branches of our government.

**Public Record- August 10, 2012**
http://budget.house.gov/news/documentsingle.aspx?DocumentID-306183

"House Budget Committee Chairman Paul Ryan of Wisconsin and Senate Budget Committee Ranking Member Jeff Sessions of Alabama issued the following joint statement marking the 1,200 day since the Senate last adopted a budget"

## United States Constitution, Article 1, Section 9, Clause 7

"No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time."

## Fiduciary Duty of the Public Servant
### Black's Law Dictionary
Fiduciary Law's Lessons for Deliberative Democracy David L. Ponet & Ethan J. Leib

"Thinking of public servants as "fiduciaries" is not only an historical inheritance but is also indicated by functional and structural considerations of the relationship between ruler and ruled. A distinctive feature of the fiduciary relationship – the inequality and asymmetry between fiduciary and beneficiary – maps well onto the relationship between rulers and ruled." Fiduciary Law's Lessons for Deliberative Democracy David L. Ponet & Ethan J. Leib

"The good faith requirement of the public fiduciary necessitates that he/she be honest, transparent and communicative in an ongoing way or he/she risks default." Fiduciary Law's Lessons for Deliberative Democracy David L. Ponet & Ethan J. Leib

**Definition of Fiduciary:** "A person having a (legal duty), created by his undertaking, to act primarily for the benefit of another (Citizens) in matters connected with his undertaking."

**Duty:** A legal obligation that is owed or due to another (citizens) and that needs to be satisfied;  2 Any action, performance, task, or observance owed by a person in an official or fiduciary capacity. 3. A legal relationship arising from a standard of care. The violation of which subjects the actor (representative) to liability.

**Fiduciary Duty:** A duty of utmost good faith, trust, confidence, and candor owed by a fiduciary to the beneficiary; a duty to act with the highest degree of Honesty and Loyalty toward another person (We the People).

**Remedies:** When found guilty of 'Breach", a fiduciary (representative) must return to the principal (citizens) the benefits gained, such as pay, benefits, and profits obtained as a result of the relationship.  Compensatory damages are also available, to the Citizens.

### UNITED STATES V. MITCHELL, 463 U.S. 206 (1983)
http://casclaw.lp.findlaw.com/cgi-bin/getcase.pl?court=us&vol=463&invol=206

"The United States is accountable in money damages for alleged breaches of trust in connection with its management of forest resources on allotted lands of the Quinault Reservation. Pp. 211-228."

"Given the existence of a trust relationship, it follows that the Government should be liable in damages for the breach of its fiduciary duties."

"The court concluded that the statutes and regulations implicitly required compensation for damages sustained as a result of the Government's breach of its duties. Thus, the court held that respondents could proceed on their claims"

"The House [463 U.S. 206, 215] Report stressed the same point: "If we fail to meet these obligations by denying access to the courts when trust funds have been improperly dissipated or other fiduciary duties have been violated, we compromise the national honor of the United States." H. R. Rep. No. 1466, supra, at 5."

## CLAIM FOR RELIEF

The Plaintiffs seek restitution for all pay, benefits, and profits made during the tenure of the defendants failed representation 'Of the People'. All monies will be restored to the rightful owner, the People of America. All monies will be apportioned and refunded to the people of America or applied to the public debt.

The Plaintiffs seek restitution for the misappropriation of public monies to the benefit of the elected public servant, the family, friends and associates of that elected public servant to the detriment of the people

The Plaintiffs ask the Court to decree that both Houses of Congress, will be required to report to the people all public monies that were misappropriated and spent erroneously, will be restored to the people, thus ending "Earmark and Pork legislation."

The Plaintiffs ask the Court to sanction these remedies to be retro-active to any and all elected and non-elected Public Servants of the United States House of Representatives and the United States Senate who have been found guilty of "Breach of Fiduciary Duty."

## PLAINTIFFS

_Charles L. Klein_ — Plaintiff     8-15-12
Charles L. Klein – Plaintiff            Date
3213 Flowertree Rd., Orlando Fl, 32812

_Sally L. Baptiste_                 8-15-12
Sally L. Baptiste – Plaintiff           Date
7027 Eaker Dr., Orlando Fl 32822

_Theresa L. Kajkowski_              8-15-12
Theresa L. Kajkowski – Plaintiff        Date
10211 Falcon Parc Blvd, #202, Orlando 32832