112th Congress, I move that the House do now adjourn.

The motion was agreed to; accordingly (at 4 o'clock and 41 minutes a.m.), the House adjourned until Monday, February 28, 2011, at 2 p.m.

OATH OF OFFICE MEMBERS, RESIDENT COMMISSIONER, AND DELEGATES

The oath of office required by the sixth article of the Constitution of the United States, and as provided by section 2 of the act of May 13, 1884 (23 Stat. 22), to be administered to Members, Resident Commissioner, and Delegates of the House of Representatives, the text of which is carried in 5 U.S.C. 3331:

'I, AB, do solemnly swear (or Affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.'

has been subscribed to in person and filed in duplicate with the Clerk of the House of Representatives by the following Members of the 112th Congress, pursuant to the provisions of 2 U.S.C. 25:

ALABAMA
1  Jo Bonner
2  Martha Roby
3  Mike Rogers
4  Robert B. Aderholt
5  Mo Brooks
6  Spencer Bachus
7  Terri A. Sewell

ALASKA
At Large, Don Young

AMERICAN SAMOA
Delegate, Eni F. H. Faleomavaega

ARIZONA
1  Paul A. Gosar
2  Trent Franks
3  Benjamin Quayle
4  Ed Pastor
5  David Schweikert
6  Jeff Flake
7  Raúl M. Grijalva
8  Gabrielle Giffords

ARKANSAS
1  Eric A. "Rick" Crawford
2  Tim Griffin
3  Steve Womack
4  Mike Ross

CALIFORNIA
1  Mike Thompson
2  Wally Herger
3  Daniel E. Lungren
4  Tom McClintock
5  Doris O. Matsui
6  Lynn C. Woolsey
7  George Miller
8  Nancy Pelosi
9  Barbara Lee
10 John Garamendi
11 Jerry McNerney
12 Jackie Speier
13 Fortney Pete Stark
14 Anna G. Eshoo
15 Michael M. Honda
16 Zoe Lofgren
17 Sam Farr
18 Dennis A. Cardoza
19 Jeff Denham
20 Jim Costa
21 Devin Nunes
22 Kevin McCarthy
23 Lois Capps
24 Elton Gallegly
25 Howard P. "Buck" McKeon
26 David Dreier
27 Brad Sherman
28 Howard L. Berman
29 Adam B. Schiff
30 Henry A. Waxman
31 Xavier Becerra
32 Judy Chu
33 Karen Bass
34 Lucille Roybal-Allard
35 Maxine Waters
36 Jane Harman
37 Laura Richardson
38 Grace F. Napolitano
39 Linda T. Sánchez
40 Edward R. Royce
41 Jerry Lewis
42 Gary G. Miller
43 Joe Baca
44 Ken Calvert
45 Mary Bono Mack
46 Dana Rohrabacher
47 Loretta Sanchez
48 John Campbell
49 Darrell E. Issa
50 Brian P. Bilbray
51 Bob Filner
52 Duncan Hunter
53 Susan A. Davis

COLORADO
1  Diana DeGette
2  Jared Polis
3  Scott R. Tipton
4  Cory Gardner
5  Doug Lamborn
6  Mike Coffman
7  Ed Perlmutter

CONNECTICUT
1  John B. Larson
2  Joe Courtney
3  Rosa L. DeLauro
4  James A. Himes
5  Christopher S. Murphy

DELAWARE
At Large, John C. Carney Jr.

DISTRICT OF COLUMBIA
Delegate, Eleanor Holmes Norton

FLORIDA
1  Jeff Miller
2  Steve Southerland II
3  Corrine Brown
4  Ander Crenshaw
5  Richard B. Nugent
6  Cliff Stearns
7  John L. Mica
8  Daniel Webster
9  Gus M. Bilirakis
10 C. W. Bill Young
11 Kathy Castor
12 Dennis A. Ross
13 Vern Buchanan
14 Connie Mack
15 Bill Posey
16 Thomas J. Rooney
17 Frederica S. Wilson
18 Ileana Ros-Lehtinen
19 Theodore E. Deutch
20 Debbie Wasserman Schultz
21 Mario Diaz-Balart
22 Allen B. West
23 Alcee L. Hastings
24 Sandy Adams
25 David Rivera

GEORGIA
1  Jack Kingston
2  Sanford D. Bishop Jr.
3  Lynn A. Westmoreland
4  Henry C. "Hank" Johnson Jr.
5  John Lewis
6  Tom Price
7  Rob Woodall
8  Austin Scott
9  Tom Graves
10 Paul C. Broun
11 Phil Gingrey
12 John Barrow
13 David Scott

GUAM
Delegate, Madeleine Z. Bordallo

HAWAII
1  Colleen W. Hanabusa
2  Mazie K. Hirono

IDAHO
1  Raúl R. Labrador
2  Michael K. Simpson

ILLINOIS
1  Bobby L. Rush
2  Jesse L. Jackson Jr.
3  Daniel Lipinski
4  Luis V. Gutierrez
5  Mike Quigley
6  Peter J. Roskam
7  Danny K. Davis
8  Joe Walsh
9  Janice D. Schakowsky
10 Robert J. Dold
11 Adam Kinzinger
12 Jerry F. Costello
13 Judy Biggert
14 Randy Hultgren
15 Timothy V. Johnson
16 Donald A. Manzullo
17 Robert T. Schilling
18 Aaron Schock
19 John Shimkus

INDIANA
1  Peter J. Visclosky
2  Joe Donnelly
3  Marlin A. Stutzman
4  Todd Rokita
5  Dan Burton
6  Mike Pence
7  André Carson
8  Larry Bucshon
9  Todd C. Young

IOWA
1  Bruce L. Braley
2  David Loebsack
3  Leonard L. Boswell
4  Tom Latham
5  Steve King

KANSAS
1  Tim Huelskamp
2  Lynn Jenkins
3  Kevin Yoder
4  Mike Pompeo

KENTUCKY
1  Ed Whitfield
2  Brett Guthrie
3  John A. Yarmuth
4  Geoff Davis
5  Harold Rogers
6  Ben Chandler

LOUISIANA
1  Steve Scalise
2  Cedric L. Richmond
3  Jeffrey M. Landry
4  John Fleming
5  Rodney Alexander
6  Bill Cassidy
7  Charles W. Boustany Jr.

MAINE
1  Chellie Pingree
2  Michael H. Michaud

MARYLAND
1  Andy Harris
2  C. A. Dutch Ruppersberger

| 3 | John P. Sarbanes |
| 4 | Donna F. Edwards |
| 5 | Steny H. Hoyer |
| 6 | Roscoe G. Bartlett |
| 7 | Elijah E. Cummings |
| 8 | Chris Van Hollen |

**MASSACHUSETTS**

| 1 | John W. Olver |
| 2 | Richard E. Neal |
| 3 | James P. McGovern |
| 4 | Barney Frank |
| 5 | Niki Tsongas |
| 6 | John F. Tierney |
| 7 | Edward J. Markey |
| 8 | Michael E. Capuano |
| 9 | Stephen F. Lynch |
| 10 | William R. Keating |

**MICHIGAN**

| 1 | Dan Benishek |
| 2 | Bill Huizenga |
| 3 | Justin Amash |
| 4 | Dave Camp |
| 5 | Dale E. Kildee |
| 6 | Fred Upton |
| 7 | Tim Walberg |
| 8 | Mike Rogers |
| 9 | Gary C. Peters |
| 10 | Candice S. Miller |
| 11 | Thaddeus G. McCotter |
| 12 | Sander M. Levin |
| 13 | Hansen Clarke |
| 14 | John Conyers Jr. |
| 15 | John D. Dingell |

**MINNESOTA**

| 1 | Timothy J. Walz |
| 2 | John Kline |
| 3 | Erik Paulsen |
| 4 | Betty McCollum |
| 5 | Keith Ellison |
| 6 | Michele Bachmann |
| 7 | Collin C. Peterson |
| 8 | Chip Cravaack |

**MISSISSIPPI**

| 1 | Alan Nunnelee |
| 2 | Bennie G. Thompson |
| 3 | Gregg Harper |
| 4 | Steven M. Palazzo |

**MISSOURI**

| 1 | Wm. Lacy Clay |
| 2 | W. Todd Akin |
| 3 | Russ Carnahan |
| 4 | Vicky Hartzler |
| 5 | Emanuel Cleaver |
| 6 | Sam Graves |
| 7 | Billy Long |
| 8 | Jo Ann Emerson |
| 9 | Blaine Luetkemeyer |

**MONTANA**

At Large, Denny Rehberg

**NEBRASKA**

| 1 | Jeff Fortenberry |
| 2 | Lee Terry |
| 3 | Adrian Smith |

**NEVADA**

| 1 | Shelley Berkley |
| 2 | Dean Heller |
| 3 | Joseph J. Heck |

**NEW HAMPSHIRE**

| 1 | Frank C. Guinta |
| 2 | Charles F. Bass |

**NEW JERSEY**

| 1 | Robert E. Andrews |
| 2 | Frank A. LoBiondo |
| 3 | Jon Runyan |
| 4 | Christopher H. Smith |
| 5 | Scott Garrett |
| 6 | Frank Pallone Jr. |
| 7 | Leonard Lance |
| 8 | Bill Pascrell Jr. |
| 9 | Steven R. Rothman |
| 10 | Donald M. Payne |
| 11 | Rodney P. Frelinghuysen |
| 12 | Rush D. Holt |
| 13 | Albio Sires |

**NEW MEXICO**

| 1 | Martin Heinrich |
| 2 | Stevan Pearce |
| 3 | Ben Ray Luján |

**NEW YORK**

| 1 | Timothy H. Bishop |
| 2 | Steve Israel |
| 3 | Peter T. King |
| 4 | Carolyn McCarthy |
| 5 | Gary L. Ackerman |
| 6 | Gregory W. Meeks |
| 7 | Joseph Crowley |
| 8 | Jerrold Nadler |
| 9 | Anthony D. Weiner |
| 10 | Edolphus Towns |
| 11 | Yvette D. Clarke |
| 12 | Nydia M. Velázquez |
| 13 | Michael G. Grimm |
| 14 | Carolyn B. Maloney |
| 15 | Charles B. Rangel |
| 16 | José E. Serrano |
| 17 | Eliot L. Engel |
| 18 | Nita M. Lowey |
| 19 | Nan A. S. Hayworth |
| 20 | Christopher P. Gibson |
| 21 | Paul Tonko |
| 22 | Maurice D. Hinchey |
| 23 | William L. Owens |
| 24 | Richard L. Hanna |
| 25 | Ann Marie Buerkle |
| 26 | Christopher John Lee |
| 27 | Brian Higgins |
| 28 | Louise McIntosh Slaughter |
| 29 | Tom Reed |

**NORTH CAROLINA**

| 1 | G. K. Butterfield |
| 2 | Renee L. Ellmers |
| 3 | Walter B. Jones |
| 4 | David E. Price |
| 5 | Virginia Foxx |
| 6 | Howard Coble |
| 7 | Mike McIntyre |
| 8 | Larry Kissell |
| 9 | Sue Wilkins Myrick |
| 10 | Patrick T. McHenry |
| 11 | Heath Shuler |
| 12 | Melvin L. Watt |
| 13 | Brad Miller |

**NORTH DAKOTA**

At Large, Rick Berg

**NORTHERN MARIANA ISLANDS**

Delegate, Gregorio Kilili Camacho Sablan

**OHIO**

| 1 | Steve Chabot |
| 2 | Jean Schmidt |
| 3 | Michael R. Turner |
| 4 | Jim Jordan |
| 5 | Robert E. Latta |
| 6 | Bill Johnson |
| 7 | Steve Austria |
| 8 | John A. Boehner |
| 9 | Marcy Kaptur |
| 10 | Dennis J. Kucinich |
| 11 | Marcia L. Fudge |
| 12 | Patrick J. Tiberi |
| 13 | Betty Sutton |
| 14 | Steven C. LaTourette |
| 15 | Steve Stivers |
| 16 | James B. Renacci |
| 17 | Tim Ryan |
| 18 | Bob Gibbs |

**OKLAHOMA**

| 1 | John Sullivan |
| 2 | Dan Boren |
| 3 | Frank D. Lucas |
| 4 | Tom Cole |
| 5 | James Lankford |

**OREGON**

| 1 | David Wu |
| 2 | Greg Walden |
| 3 | Earl Blumenauer |
| 4 | Peter A. DeFazio |
| 5 | Kurt Schrader |

**PENNSYLVANIA**

| 1 | Robert A. Brady |
| 2 | Chaka Fattah |
| 3 | Mike Kelly |
| 4 | Jason Altmire |
| 5 | Glenn Thompson |
| 6 | Jim Gerlach |
| 7 | Patrick Meehan |
| 8 | Michael G. Fitzpatrick |
| 9 | Bill Shuster |
| 10 | Tom Marino |
| 11 | Lou Barletta |
| 12 | Mark S. Critz |
| 13 | Allyson Y. Schwartz |
| 14 | Michael F. Doyle |
| 15 | Charles W. Dent |
| 16 | Joseph R. Pitts |
| 17 | Tim Holden |
| 18 | Tim Murphy |
| 19 | Todd Russell Platts |

**PUERTO RICO**

Resident Commissioner, Pedro R. Pierluisi

**RHODE ISLAND**

| 1 | David N. Cicilline |
| 2 | James R. Langevin |

**SOUTH CAROLINA**

| 1 | Tim Scott |
| 2 | Joe Wilson |
| 3 | Jeff Duncan |
| 4 | Trey Gowdy |
| 5 | Mick Mulvaney |
| 6 | James E. Clyburn |

**SOUTH DAKOTA**

At Large, Kristi L. Noem

**TENNESSEE**

| 1 | David P. Roe |
| 2 | John J. Duncan Jr. |
| 3 | Charles J. "Chuck" Fleischmann |
| 4 | Scott DesJarlais |
| 5 | Jim Cooper |
| 6 | Diane Black |
| 7 | Marsha Blackburn |
| 8 | Stephen Lee Fincher |
| 9 | Steve Cohen |

**TEXAS**

| 1 | Louie Gohmert |
| 2 | Ted Poe |
| 3 | Sam Johnson |
| 4 | Ralph M. Hall |
| 5 | Jeb Hensarling |
| 6 | Joe Barton |
| 7 | John Abney Culberson |
| 8 | Kevin Brady |
| 9 | Al Green |
| 10 | Michael T. McCaul |
| 11 | K. Michael Conaway |
| 12 | Kay Granger |
| 13 | Mac Thornberry |
| 14 | Ron Paul |
| 15 | Rubén Hinojosa |
| 16 | Silvestre Reyes |
| 17 | Bill Flores |
| 18 | Sheila Jackson Lee |
| 19 | Randy Neugebauer |
| 20 | Charles A. Gonzalez |
| 21 | Lamar Smith |
| 22 | Pete Olson |
| 23 | Francisco "Quico" Canseco |
| 24 | Kenny Marchant |
| 25 | Lloyd Doggett |
| 26 | Michael C. Burgess |
| 27 | Blake Farenthold |
| 28 | Henry Cuellar |
| 29 | Gene Green |
| 30 | Eddie Bernice Johnson |
| 31 | John R. Carter |
| 32 | Pete Sessions |

**UTAH**

| 1 | Rob Bishop |
| 2 | Jim Matheson |
| 3 | Jason Chaffetz |

**VERMONT**

At Large, Peter Welch

**VIRGIN ISLANDS**

Delegate, Donna M. Christensen

**VIRGINIA**

| 1 | Robert J. Wittman |

| | |
|---|---|
| 2 | E. Scott Rigell |
| 3 | Robert C. "Bobby" Scott |
| 4 | J. Randy Forbes |
| 5 | Robert Hurt |
| 6 | Bob Goodlatte |
| 7 | Eric Cantor |
| 8 | James P. Moran |
| 9 | H. Morgan Griffith |
| 10 | Frank R. Wolf |
| 11 | Gerald E. Connolly |

WASHINGTON

| | |
|---|---|
| 1 | Jay Inslee |
| 2 | Rick Larsen |
| 3 | Jaime Herrera Beutler |
| 4 | Doc Hastings |
| 5 | Cathy McMorris Rodgers |
| 6 | Norman D. Dicks |
| 7 | Jim McDermott |
| 8 | David G. Reichert |
| 9 | Adam Smith |

WEST VIRGINIA

| | |
|---|---|
| 1 | David B. McKinley |
| 2 | Shelley Moore Capito |
| 3 | Nick J. Rahall II |

WISCONSIN

| | |
|---|---|
| 1 | Paul Ryan |
| 2 | Tammy Baldwin |
| 3 | Ron Kind |
| 4 | Gwen Moore |
| 5 | F. James Sensenbrenner Jr. |
| 6 | Thomas E. Petri |
| 7 | Sean P. Duffy |
| 8 | Reid J. Ribble |

WYOMING

At Large, Cynthia M. Lummis

## OATH FOR ACCESS TO CLASSIFIED INFORMATION

Under clause 13 of rule XXIII, the following Members executed the oath for access to classified information.

Gary L. Ackerman, Sandy Adams, Robert B. Aderholt, W. Todd Akin, Rodney Alexander, Jason Altmire, Justin Amash, Robert E. Andrews, Steve Austria, Joe Baca, Michele Bachmann, Spencer Bachus, Tammy Baldwin, Lou Barletta, John Barrow, Roscoe G. Bartlett, Joe Barton, Charles F. Bass, Karen Bass, Xavier Becerra, Dan Benishek, Rick Berg, Shelley Berkley, Howard L. Berman, Judy Biggert, Brian P. Bilbray, Gus M. Bilirakis, Rob Bishop, Sanford D. Bishop, Jr., Timothy H. Bishop, Diane Black, Marsha Blackburn, Earl Blumenauer, John A. Boehner, Jo Bonner, Mary Bono Mack, Madeleine Z. Bordallo, Dan Boren, Leonard L. Boswell, Charles W. Boustany, Jr., Kevin Brady, Robert A. Brady, Bruce L. Braley, Mo Brooks, Paul C. Broun, Corrine Brown, Vern Buchanan, Larry Bucshon, Ann Marie Buerkle, Michael C. Burgess, Dan Burton, G. K. Butterfield, Ken Calvert, Dave Camp, John Campbell, Francisco "Quico" Canseco, Eric Cantor, Shelley Moore Capito, Lois Capps, Michael E. Capuano, Dennis A. Cardoza, Russ Carnahan, John C. Carney, Jr., André Carson, John R. Carter, Bill Cassidy, Kathy Castor, Steve Chabot, Jason Chaffetz, Ben Chandler, Donna M. Christensen, Judy Chu, David N. Cicilline, Hansen Clarke, Yvette D. Clarke, Wm. Lacy Clay, Emanuel Cleaver, James E. Clyburn, Howard Coble, Mike Coffman, Steve Cohen, Tom Cole, K. Michael Conaway, Gerald E. "Gerry" Connolly, John Conyers, Jr., Jim Cooper, Jim Costa, Jerry F. Costello, Joe Courtney, Chip Cravaack, Eric A. "Rick" Crawford, Ander Crenshaw, Mark S. Critz, Joseph Crowley, Henry Cuellar, John Abney Culberson, Elijah E. Cummings, Danny K. Davis, Geoff Davis, Susan A. Davis, Peter A. DeFazio, Diana DeGette, Rosa L. DeLauro, Jeff Denham, Charles W. Dent, Scott DesJarlais, Theodore E. Deutch, Mario Diaz-Balart, Norman D. Dicks, John D. Dingell, Lloyd Doggett, Robert J. Dold, Joe Donnelly, Michael F. Doyle, David Dreier, Sean P. Duffy, Jeff Duncan, John J. Duncan, Jr., Donna F. Edwards, Keith Ellison, Renee L. Ellmers, Jo Ann Emerson, Eliot L. Engel, Anna G. Eshoo, Eni F.H. Faleomavaega, Blake Farenthold, Sam Farr, Chaka Fattah, Bob Filner, Stephen Lee Fincher, Michael G. Fitzpatrick, Jeff Flake, Charles J. "Chuck" Fleischmann, John Fleming, Bill Flores, J. Randy Forbes, Jeff Fortenberry, Virginia Foxx, Barney Frank, Trent Franks, Rodney P. Frelinghuysen, Marcia L. Fudge, Elton Gallegly, John Garamendi, Cory Gardner, Scott Garrett, Jim Gerlach, Bob Gibbs, Christopher P. Gibson, Gabrielle Giffords, Phil Gingrey, Louie Gohmert, Charles A. González, Bob Goodlatte, Paul A. Gosar, Trey Gowdy, Kay Granger, Sam Graves, Tom Graves, Al Green, Gene Green, Tim Griffin, H. Morgan Griffith, Raúl M. Grijalva, Michael G. Grimm, Frank C. Guinta, Brett Guthrie, Luis V. Gutierrez, Ralph M. Hall, Colleen W. Hanabusa, Richard L. Hanna, Jane Harman, Gregg Harper, Andy Harris, Vicky Hartzler, Alcee L. Hastings, Doc Hastings, Nan A.S. Hayworth, Joseph J. Heck, Martin Heinrich, Dean Heller, Jeb Hensarling, Wally Herger, Jaime Herrera Beutler, Brian Higgins, James A. Himes, Maurice D. Hinchey, Rubén Hinojosa, Mazie K. Hirono, Tim Holden, Rush D. Holt, Michael M. Honda, Steny H. Hoyer, Tim Huelskamp, Bill Huizenga, Randy Hultgren, Duncan Hunter, Robert Hurt, Jay Inslee, Steve Israel, Darrell E. Issa, Jesse L. Jackson, Jr., Sheila Jackson Lee, Lynn Jenkins, Bill Johnson, Eddie Bernice Johnson, Henry C. "Hank" Johnson, Jr., Sam Johnson, Timothy V. Johnson, Walter B. Jones, Jim Jordan, Marcy Kaptur, William R. Keating, Mike Kelly, Dale E. Kildee, Ron Kind, Peter T. King, Steve King, Jack Kingston, Adam Kinzinger, Larry Kissell, John Kline, Raúl R. Labrador, Doug Lamborn, Leonard Lance, Jeffrey M. Landry, James R. Langevin, James Lankford, Rick Larsen, John B. Larson, Tom Latham, Steven C. LaTourette, Robert E. Latta, Barbara Lee, Christopher J. Lee*, Sander M. Levin, Jerry Lewis, John Lewis, Daniel Lipinski, Frank A. LoBiondo, David Loebsack, Zoe Lofgren, Billy Long, Nita M. Lowey, Frank D. Lucas, Blaine Luetkemeyer, Ben Ray Luján, Cynthia M. Lummis, Daniel E. Lungren, Stephen F. Lynch, Connie Mack, Carolyn B. Maloney, Donald A. Manzullo, Kenny Marchant, Tom Marino, Edward J. Markey, Jim Matheson, Doris O. Matsui, Kevin McCarthy, Carolyn McCarthy, Michael T. McCaul, Tom McClintock, Betty McCollum, Thaddeus G. McCotter, James P. McGovern, Patrick T. McHenry, Mike McIntyre, Howard P. "Buck" McKeon, David B. McKinley, Cathy McMorris Rodgers, Jerry McNerney, Patrick Meehan, Gregory W. Meeks, John L. Mica, Michael H. Michaud, Brad Miller, Candice S. Miller, Gary G. Miller, George Miller, Jeff Miller, Gwen Moore, James P. Moran, Mick Mulvaney, Christopher S. Murphy, Tim Murphy, Sue Wilkins Myrick, Jerrold Nadler, Grace F. Napolitano, Richard E. Neal, Randy Neugebauer, Kristi L. Noem, Eleanor Holmes Norton, Richard Nugent, Devin Nunes, Alan Nunnelee, Pete Olson, John W. Olver, William L. Owens, Steven M. Palazzo, Frank Pallone, Jr., Bill Pascrell, Jr., Ed Pastor, Ron Paul, Erik Paulsen, Donald M. Payne, Stevan Pearce, Nancy Pelosi, Mike Pence, Ed Perlmutter, Gary C. Peters, Collin C. Peterson, Thomas E. Petri, Pedro R. Pierluisi, Chellie Pingree, Joseph R. Pitts, Todd Russell Platts, Ted Poe, Jared Polis, Mike Pompeo, Bill Posey, David E. Price, Tom Price, Benjamin Quayle, Mike Quigley, Nick J. Rahall II, Charles B. Rangel, Tom Reed, Denny Rehberg, David G. Reichert, James B. Renacci, Silvestre Reyes, Reid J. Ribble, Laura Richardson, Cedric L. Richmond, E. Scott Rigell, David Rivera, Martha Roby, David P. Roe, Harold Rogers, Mike Rogers, Mike Rogers, Dana Rohrabacher, Todd Rokita, Thomas J. Rooney, Ileana Ros-Lehtinen, Peter J. Roskam, Dennis Ross, Mike Ross, Steven R. Rothman, Lucille Roybal-Allard, Edward R. Royce, Jon Runyan, C. A. Dutch Ruppersberger, Bobby L. Rush, Paul Ryan, Tim Ryan, Gregorio Kilili Camacho Sablan, Linda T. Sánchez, Loretta Sanchez, John P. Sarbanes, Steve Scalise, Janice D. Schakowsky, Adam B. Schiff, Robert T. Schilling, Jean Schmidt, Aaron Schock, Kurt Schrader, Allyson Y. Schwartz, David Schweikert, Austin Scott, David Scott, Robert C. "Bobby" Scott, Tim Scott, F. James Sensenbrenner, Jr., José E. Serrano, Pete Sessions, Terri A. Sewell, Brad Sherman, John Shimkus, Heath Shuler, Bill Shuster, Michael K. Simpson, Albio Sires, Louise McIntosh Slaughter, Adam Smith, Adrian Smith, Christopher H. Smith, Lamar Smith, Steve Southerland, Jackie Speier, Cliff Stearns, Steve Stivers, Marlin A. Stutzman, John Sullivan, Betty Sutton, Lee Terry, Bennie G. Thompson, Glenn Thompson, Mike Thompson, Mac Thornberry, Patrick J. Tiberi, John F. Tierney, Scott Tipton, Paul Tonko, Edolphus Towns, Niki Tsongas, Michael R. Turner, Fred Upton, Chris Van Hollen, Nydia M. Velázquez, Peter J. Visclosky, Tim Walberg, Greg Walden, Joe Walsh, Timothy J. Walz, Debbie Wasserman Schultz, Maxine Waters, Melvin L. Watt, Henry A. Waxman, Daniel Webster, Anthony D. Weiner, Peter Welch, Allen B. West, Lynn A. Westmoreland, Ed Whitfield, Frederica Wilson, Joe Wilson, Robert J. Wittman, Frank R. Wolf, Steve Womack, Rob Woodall, Lynn C. Woolsey, David Wu, John A. Yarmuth, Kevin Yoder, C.W. Bill Young, Don Young, Todd C. Young.

## EXECUTIVE COMMUNICATIONS, ETC.

Under clause 2 of rule XIV, executive communications were taken from the Speaker's table and referred as follows:

558. A letter from the Director, Regulatory Management Division, Environmental Protection Agency, transmitting the Agency's final rule — Sodium and Potassium salts of N-alkyl (C8-C18)-beta-iminodipropionic acid; Exemption from the Requirement of a Tolerance [EPA-HQ-OPP-2009-0098; FRL-8861-9] received January 31, 2011, pursuant to 5 U.S.C. 801(a)(1)(A); to the Committee on Agriculture.

559. A letter from the Director, Regulatory Management Division, Environmental Protection Agency, transmitting the Agency's final rule — Fludioxonil; Pesticide Tolerances for Emergency Exemptions [EPA-HQ-OPP-2010-0982; FRL-8859-6] received January 31, 2011, pursuant to 5 U.S.C. 801(a)(1)(A); to the Committee on Agriculture.

560. A letter from the Director, Regulatory Management Division, Environmental Protection Agency, transmitting the Agency's final rule — n-Octyl alcohol and n-Decyl alcohol; Exemption from the Requirement of a Tolerance [EPA-HQ-OPP-2010-0181; FRL-8860-7] received January 31, 2011, pursuant to 5 U.S.C. 801(a)(1)(A); to the Committee on Agriculture.

561. A letter from the Director, Regulatory Management Division, Environmental Protection Agency, transmitting the Agency's final rule — (S,S)-Ethylenediamine Disuccinic Acid Trisodium Salt; Exemption from the Requirement of a Tolerance [EPA-HQ-OPP-2010-0733; FRL-8860-6] received January 31, 2011, pursuant to 5 U.S.C. 801(a)(1)(A); to the Committee on Agriculture.