AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

FILED
2012 AUG 15 PM 12: 23
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CHARLES L. KLEIN ET AL
*Plaintiff/Petitioner*

SENATE MAJORITY LEADER
SENATOR HARRY REID ET AL
HOUSE SPEAKER *Defendant/Respondent*
CONGRESSMAN JOHN BOEHNER

Civil Action No. 6:12-CV-1256-ORL-36-DAB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $22,443 ≈, and my take-home pay or wages are: $12,843 per YEAR
(specify pay period) $1070 ⁰⁰ Per Mo, MINUS PRESCRIPTIONS/MEDICAL RE: HEART AND DENTAL (MY OWN TEETH)

3. Other Income. In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment        ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends                 ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments          ☒ Yes   ☐ No
(d) Disability, or worker's compensation payments         ☐ Yes   ☒ No
(e) Gifts, or inheritances                                ☐ Yes   ☒ No
(f) Any other sources                                     ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

SOCIAL SECURITY = 15,726 ⁰⁰ Per YEAR
AMERICAN AIRLINES RETIREMENT = 6652 ⁰⁰ Per YEAR
PRUDENTIAL DISABILITY CK. = 65 ⁰⁰ " "

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 1700 °° & THAT IS USED FOR TAXES & EMERGENCY.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): 2007 FORD PICKUP PAID OFF
3213 FLOWERTREE Rd   "   "

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):
HOUSE/CAR INSURANCE = 227.00 Per MO.
HOUSE TAXES = 100.00  "  "
MEDICARE = 96.00  "  "
LOAN AMERICAN AIR CREDIT UNION = 175.00 FLEXIBLE PMT
UTILITIES = $200 ⁰⁰ AVG
WATER/ELEC (Phone - TV - WEb)   $798 ⁰⁰ TOTAL Per Mo.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
—0—

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):
PERSONAL LOAN FROM FRIEND, IS NOT DECLARED.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8-14-12

_Charles L Klein_
Applicant's signature

CHARLES L KLEIN
Printed name