# Department of Veterans Affairs
## HEALTH BENEFITS RENEWAL FORM

Estimated Burden Avg 24 min

### SECTION I - GENERAL INFORMATION

Federal law provides criminal penalties, including a fine and/or imprisonment for up to 5 years, for concealing a material fact or making a materially false statement. (See 18 U.S.C. 1001)

1. VETERAN'S NAME (Last, First, Middle Name): KLEIN CHARLES LEE
2. OTHER NAMES USED: —
3. GENDER: [X] MALE [ ] FEMALE
4. SOCIAL SECURITY NUMBER: [redacted]
5. DATE OF BIRTH (mm/dd/yyyy): 04/05/35
6. PERMANENT ADDRESS (Street): 3213 Flowertree Rd
6A. CITY: Orlando
6B. STATE: FL
6C. ZIP: 32812
6D. COUNTY: Orange
6E. HOME TELEPHONE NUMBER: 407-438-6433
6F. E-MAIL ADDRESS: cklein2@bellsouth.net
6G. CELLULAR TELEPHONE NUMBER: —
6H. PAGER NUMBER: —
7. CURRENT MARITAL STATUS: [ ] MARRIED [X] NEVER MARRIED [ ] SEPARATED [ ] WIDOWED [ ] DIVORCED [ ] UNKNOWN
8. NAME, ADDRESS AND RELATIONSHIP OF NEXT OF KIN: Amy Stinson (Niece) 6578 Winegardner Rd Rushville Ohio 41350
8A. NEXT OF KIN'S HOME TELEPHONE NUMBER: 7407431205
8B. NEXT OF KIN'S WORK TELEPHONE NUMBER: —
9. NAME, ADDRESS AND RELATIONSHIP OF EMERGENCY CONTACT: Louise Nagy (Girlfriend) 1276 Hidden Harbor Dr Fairport Hbr Ohio 44077
9A. EMERGENCY CONTACT'S HOME TELEPHONE NUMBER: 440-357-9798
9B. EMERGENCY CONTACT'S WORK TELEPHONE NUMBER: —
10. INDIVIDUAL TO RECEIVE POSSESSION OF YOUR PERSONAL PROPERTY LEFT ON PREMISES UNDER VA CONTROL AFTER YOUR DEPARTURE OR AT THE TIME OF DEATH: [X] EMERGENCY CONTACT [X] NEXT OF KIN

### SECTION II - INSURANCE INFORMATION (Use a separate sheet for additional information)

1. ARE YOU COVERED BY HEALTH INSURANCE, INCLUDING COVERAGE THROUGH A SPOUSE OR ANOTHER PERSON? [X] YES [ ] NO
2. HEALTH INSURANCE COMPANY NAME, ADDRESS AND TELEPHONE NUMBER: United Health 8006389599 P.O. Box 30551 Salt Lake City UT 84130-0551
3. NAME OF POLICY HOLDER: American Airlines - Subscriber
4. POLICY NUMBER: 968196182
5. GROUP CODE: Group 194422
6. ARE YOU ELIGIBLE FOR MEDICAID? [X] YES [ ] NO
7. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART A? [X] YES [ ] NO
7A. EFFECTIVE DATE: 04-01-2000
8. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART B? [X] YES [ ] NO
8A. EFFECTIVE DATE: 04-01-2000
9. NAME EXACTLY AS IT APPEARS ON YOUR MEDICARE CARD: Charles L Klein
10. MEDICARE CLAIM NUMBER: [redacted]-A

### SECTION III - EMPLOYMENT INFORMATION

1. VETERAN'S EMPLOYMENT STATUS: [ ] FULL TIME [ ] NOT EMPLOYED [ ] PART TIME [X] RETIRED
Date of retirement: —
1A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER: American Airlines Inc.
2. SPOUSE'S EMPLOYMENT STATUS: [ ] FULL TIME [X] NOT EMPLOYED [ ] PART TIME [ ] RETIRED
Date of retirement: —
2A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER: X

### SECTION IV - PAPERWORK REDUCTION ACT AND PRIVACY ACT INFORMATION

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of Section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 24 minutes. This includes the time it will take to read instructions, gather the necessary facts and fill out the form.

Privacy Act Information: VA is asking you to provide the information on this form under 38 U.S.C. Sections 1710, 1712, and 1722 in order for VA to determine your eligibility for medical benefits. Information you supply may be verified through a computer-matching program. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notices and in accordance with the VHA Notice of Privacy Practices. Providing the requested information is voluntary, but if any or all of the requested information is not provided, it may delay or result in denial of your request for health care benefits. Failure to furnish the information will have no effect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law.

VA FORM JUL 2008 **10-10EZR**

Previous editions of this form are not to be used.

PAGE 1

**Department of Veterans Affairs**

VETERAN'S NAME (Last, First, Middle): KLEIN CHARLES LEE

SOCIAL SECURITY NUMBER: [redacted]

## SECTION V - FINANCIAL DISCLOSURE

Disclosure allows VA to accurately determine whether certain veterans will be charged copayments for care and medications, their eligibility for other services and enrollment priority. Veterans are not required to disclose their financial information. **Recent combat veterans (e.g., OEF/OIF) like other veterans may answer YES in Section V and complete Sections VI-IX to have their priority for enrollment and financial eligibility for cost-free medical care, medications, long-term care and beneficiary travel for treatment of nonservice-connected conditions assessed.**

☐ No, I do not wish to provide financial information in Sections VI through IX. If I am enrolled, I agree to pay applicable VA copayments. *Sign and date the form in Section XI.*

☐ Yes, I will provide my household financial information for last calendar year. Complete applicable Sections VI through IX. *Sign and date the form in Section XI.*

### SECTION VI - DEPENDENT INFORMATION (Use a separate sheet for additional dependents)

1. SPOUSE'S NAME (Last, First, Middle Name): —
1A. SPOUSE'S MAIDEN NAME: —
1B. SPOUSE'S SOCIAL SECURITY NUMBER: —
1C. SPOUSE'S DATE OF BIRTH (mm/dd/yyyy): —
1D. DATE OF MARRIAGE (mm/dd/yyyy): —
1E. SPOUSE'S ADDRESS AND TELEPHONE NUMBER: —
3. IF YOUR SPOUSE OR DEPENDENT CHILD DID NOT LIVE WITH YOU LAST YEAR, ENTER THE AMOUNT YOU CONTRIBUTED TO THEIR SUPPORT — SPOUSE $ —  CHILD $ —

2. CHILD'S NAME (Last, First, Middle Name): —
2A. CHILD'S RELATIONSHIP TO YOU: ☐ Son ☐ Daughter ☐ Stepson ☐ Stepdaughter
2B. CHILD'S SOCIAL SECURITY NUMBER: —
2C. DATE CHILD BECAME YOUR DEPENDENT: —
2D. CHILD'S DATE OF BIRTH: —
2E. WAS CHILD PERMANENTLY AND TOTALLY DISABLED BEFORE THE AGE OF 18? ☐ YES ☐ NO —
2F. IF CHILD IS BETWEEN 18 AND 23 YEARS OF AGE, DID CHILD ATTEND SCHOOL LAST CALENDAR YEAR? ☐ YES ☐ NO
2G. EXPENSES PAID BY YOUR DEPENDENT CHILD FOR COLLEGE, VOCATIONAL REHABILITATION OR TRAINING: $ —

### SECTION VII - PREVIOUS CALENDAR YEAR GROSS ANNUAL INCOME OF VETERAN, SPOUSE AND DEPENDENT CHILDREN
(Use a separate sheet for additional dependents)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| 1. GROSS ANNUAL INCOME FROM EMPLOYMENT (eg., wages, bonuses, tips, etc.) EXCLUDING INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS | $ — | $ | $ |
| 2. NET INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS | $ — | $ | $ |
| 3. LIST OTHER INCOME AMOUNTS (e.g., Social Security, compensation, pension, interest, dividends). EXCLUDING WELFARE | $20626.00 | $ | $ |

### SECTION VIII - PREVIOUS CALENDAR YEAR DEDUCTIBLE EXPENSES

1. TOTAL NON-REIMBURSED MEDICAL EXPENSES PAID BY YOU OR YOUR SPOUSE LAST CALENDAR YEAR (e.g., payments for doctors, dentists, medications, Medicare, health insurance, hospital and nursing home) VA will calculate a deductible and the net medical expenses you may claim. $ 2900.00

2. AMOUNT YOU PAID LAST CALENDAR YEAR FOR FUNERAL AND BURIAL EXPENSES FOR YOUR DECEASED SPOUSE OR DEPENDENT CHILD (Also enter spouse or child's information in Section VI.) $ —

3. AMOUNT YOU PAID LAST CALENDAR YEAR FOR YOUR COLLEGE OR VOCATIONAL EDUCATIONAL EXPENSES (e.g., tuition, books, fees, materials) DO NOT LIST YOUR DEPENDENTS' EDUCATIONAL EXPENSES. $ —

### SECTION IX - PREVIOUS CALENDAR YEAR NET WORTH (Use a separate sheet for additional dependents)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| 1. CASH, AMOUNT IN BANK ACCOUNTS (e.g., checking and savings accounts, certificates of deposit, individual retirement accounts, stocks and bonds.) | $ 3500.00 | $ — | $ — |
| 2. MARKET VALUE OF LAND AND BUILDINGS MINUS MORTGAGES AND LIENS. (e.g., second homes and non-income producing property.) DO NOT INCLUDE YOUR PRIMARY HOME | $ — | $ — | $ — |
| 3. VALUE OF OTHER PROPERTY OR ASSETS (e.g., art, rare coins, collectables) MINUS THE AMOUNT YOU OWE ON THESE ITEMS. INCLUDE VALUE OF FARM, RANCH OR BUSINESS ASSETS. Exclude household effects and family vehicles. | $ — | $ — | $ — |

### SECTION X - CONSENT TO COPAYMENTS

If you are a 0% SC veteran and do not receive VA monetary benefits or a NSC veteran (and you are not a Former POW, Purple Heart Recipient or VA pensioner) and your household income (or combined income and net worth) exceeds the established threshold, this application will be considered for enrollment, but only if you agree to pay VA copays for treatment of your NSC conditions. **If you are such a veteran by signing this application you are agreeing to pay the applicable VA copays as required by law.**

### SECTION XI - ASSIGNMENT OF BENEFITS

I understand that pursuant to 38 U.S.C. Section 1729, VA is authorized to recover or collect from my health plan (HP) for the reasonable charges of nonservice-connected VA medical care or services furnished or provided to me. I hereby authorize payment directly to VA from any HP under which I am covered (including coverage provided under my spouse's HP) that is responsible for payment of the charges for my medical care, including benefits otherwise payable to me or my spouse.

**ALL APPLICANTS MUST SIGN AND DATE THIS FORM. REFER TO INSTRUCTIONS ON WHO CAN SIGN ON BEHALF OF THE VETERAN.**

SIGNATURE OF APPLICANT: *[signature]*

DATE (mm/dd/yyyy): 11/3/08

VA FORM JUL 2008 **10-10EZR**

PAGE 2

# Department of Veterans Affairs

# HEALTH BENEFITS RENEWAL

## SECTION I - GENERAL INFORMATION

Federal law provides criminal penalties, including a fine and/or imprisonment for up to 5 years, for concealing a material fact or making a materially false statement. (See 18 U.S.C. 1001)

**1. VETERAN'S NAME (Last, First, Middle Name):** KLEIN CHARLES LEE
**2. OTHER NAMES USED:** —
**3. GENDER:** [X] MALE [ ] FEMALE
**4. SOCIAL SECURITY NUMBER:** [redacted]
**5. DATE OF BIRTH (mm/dd/yyyy):** 4-3-35
**6. PERMANENT ADDRESS (Street):** 3213 FLOWERTREE RD
**6A. CITY:** Orlando
**6B. STATE:** FL
**6C. ZIP:** 32812
**6D. COUNTY:** Orange
**6E. HOME TELEPHONE NUMBER:** 407 438 6933
**6F. E-MAIL ADDRESS:** CKLEIN2@bellsouth.net
**6G. CELLULAR TELEPHONE NUMBER:** —
**6H. PAGER NUMBER:** —

**7. CURRENT MARITAL STATUS:** [ ] MARRIED [X] NEVER MARRIED [ ] SEPARATED [ ] WIDOWED [ ] DIVORCED [ ] UNKNOWN

**8. NAME, ADDRESS AND RELATIONSHIP OF NEXT OF KIN:**
AMY STINSON
6528 WINE GARDNER RD
RUSHVILLE OHIO 43150
**8A. NEXT OF KIN'S HOME TELEPHONE NUMBER:** 1-740-743-1405
**8B. NEXT OF KIN'S WORK TELEPHONE NUMBER:** —

**9. NAME, ADDRESS AND RELATIONSHIP OF EMERGENCY CONTACT:** SAME AS #8
**9A. EMERGENCY CONTACT'S HOME TELEPHONE NUMBER:** 1-740-743-1405
**9B. EMERGENCY CONTACT'S WORK TELEPHONE NUMBER:**

**10. INDIVIDUAL TO RECEIVE POSSESSION OF YOUR PERSONAL PROPERTY LEFT ON PREMISES UNDER VA CONTROL AFTER YOUR DEPARTURE OR AT THE TIME OF DEATH.**
Note: This does not constitute a will or transfer of title. (Check one)
[ ] EMERGENCY CONTACT [ ] NEXT OF KIN

## SECTION II - INSURANCE INFORMATION (Use a separate sheet for additional information)

**1. ARE YOU COVERED BY HEALTH INSURANCE, INCLUDING COVERAGE THROUGH A SPOUSE OR ANOTHER PERSON?** [X] YES [ ] NO
**2. HEALTH INSURANCE COMPANY NAME, ADDRESS AND TELEPHONE NUMBER:** MEDICARE A+B+D
**3. NAME OF POLICY HOLDER:** AMERICAN AIRLINES — UNITED HEALTH CARE PO BOX 30557 SALT LAKE CITY UT 84130
**4. POLICY NUMBER:** 911 87726-04
**5. GROUP CODE:** 174420
**6. ARE YOU ELIGIBLE FOR MEDICAID?** DON'T KNOW [ ] YES [X] NO
**7. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART A?** [X] YES [ ] NO
**7A. EFFECTIVE DATE:** 04-01-2000
**8. ARE YOU ENROLLED IN MEDICARE HOSPITAL INSURANCE PART B?** [X] YES [ ] NO
**8A. EFFECTIVE DATE:** 04-01-2003
**9. NAME EXACTLY AS IT APPEARS ON YOUR MEDICARE CARD:** CHARLES L. KLEIN
**10. MEDICARE CLAIM NUMBER:** 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-A

## SECTION III - EMPLOYMENT INFORMATION

**1. VETERAN'S EMPLOYMENT STATUS:** [ ] FULL TIME [X] NOT EMPLOYED [ ] PART TIME [X] RETIRED
Date of retirement: —
**1A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER:** AMERICAN AIRLINES INC DALLAS/FT WORTH AIRPORT

**2. SPOUSE'S EMPLOYMENT STATUS:** [ ] FULL TIME [X] NOT EMPLOYED [ ] PART TIME [X] RETIRED
**2A. COMPANY NAME, ADDRESS AND TELEPHONE NUMBER:** X

## SECTION IV - PAPERWORK REDUCTION ACT AND PRIVACY ACT INFORMATION

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of Section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 24 minutes. This includes the time it will take to read instructions, gather the necessary facts and fill out the form.

**Privacy Act Information:** VA is asking you to provide the information on this form under 38 U.S.C. Sections 1710, 1712, and 1722 in order for VA to determine your eligibility for medical benefits. Information you supply may be verified through a computer-matching program. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notices and in accordance with the VHA Notice of Privacy Practices. Providing the requested information is voluntary, but if any or all of the requested information is not provided, it may delay or result in denial of your request for health care benefits. Failure to furnish the information will not have any effect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law.

FORM 10-10EZR — Previous editions of this form are not to be used. — PAGE 1

## SECTION V - FINANCIAL DISCLOSURE

Disclosure allows VA to accurately determine whether certain veterans will be charged copayments for care and medications, their eligibility for other services and enrollment priority. Veterans are not required to disclose their financial information. Recent combat veterans (e.g., OEF/OIF) like other veterans may answer YES in Section V and complete Sections VI-IX to have their priority for enrollment and financial eligibility for cost-free medical care, medications, long-term care and beneficiary travel for treatment of nonservice-connected conditions assessed.

☐ No, I do not wish to provide financial information in Sections VI through IX. If I am enrolled, I agree to pay applicable VA copayments. *Sign and date the form in Section XI.*

☐ Yes, I will provide my household financial information for last calendar year. Complete applicable Sections VI through IX. *Sign and date the form in Section XI.*

### SECTION VI - DEPENDENT INFORMATION (Use a separate sheet for additional dependents)

SPOUSE'S NAME (Last, First, Middle Name)

CHILD'S NAME (Last, First, Middle Name)

SPOUSE'S MAIDEN NAME

2A. CHILD'S RELATIONSHIP TO YOU (Check one)
☐ Son ☐ Daughter ☐ Stepson ☐ Stepdaughter

SPOUSE'S SOCIAL SECURITY NUMBER

2B. CHILD'S SOCIAL SECURITY NUMBER | 2C. DATE CHILD BECAME YOUR DEPENDENT (mm/dd/yyyy)

SPOUSE'S DATE OF BIRTH (mm/dd/yyyy) | 1D. DATE OF MARRIAGE (mm/dd/yyyy) | 2D. CHILD'S DATE OF BIRTH (mm/dd/yyyy)

SPOUSE'S ADDRESS AND TELEPHONE NUMBER (Street, City, State, ZIP)

2E. WAS CHILD PERMANENTLY AND TOTALLY DISABLED BEFORE THE AGE OF 18?
☐ YES ☐ NO

2F. IF CHILD IS BETWEEN 18 AND 23 YEARS OF AGE, DID CHILD ATTEND SCHOOL LAST CALENDAR YEAR?
☐ YES ☐ NO

IF YOUR SPOUSE OR DEPENDENT CHILD DID NOT LIVE WITH YOU LAST YEAR, ENTER THE AMOUNT YOU CONTRIBUTED TO THEIR SUPPORT

SPOUSE $ _____  CHILD $ _____

2G. EXPENSES PAID BY YOUR DEPENDENT CHILD FOR COLLEGE, VOCATIONAL REHABILITATION OR TRAINING (e.g., tuition, books, materials)
$ _____

### SECTION VII - PREVIOUS CALENDAR YEAR GROSS ANNUAL INCOME OF VETERAN, SPOUSE AND DEPENDENT CHILDREN (Use a separate sheet for additional dependents)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| GROSS ANNUAL INCOME FROM EMPLOYMENT (e.g., wages, bonuses, tips, etc.) INCLUDING INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS. | $ — | $ — | $ — |
| NET INCOME FROM YOUR FARM, RANCH, PROPERTY OR BUSINESS. | $ — | $ — | $ — |
| LIST OTHER INCOME AMOUNTS (e.g., Social Security, compensation, pension, interest, dividends). EXCLUDING WELFARE. | $ 20,506.08 | $ — | $ — |

### SECTION VIII - PREVIOUS CALENDAR YEAR DEDUCTIBLE EXPENSES

| | |
|---|---|
| TOTAL NON-REIMBURSED MEDICAL EXPENSES PAID BY YOU OR YOUR SPOUSE LAST CALENDAR YEAR (e.g., payments for doctors, dentists, medications, Medicare, health insurance, hospital and nursing home) VA will calculate a deductible and the net medical expenses you claim. | $ 2,508.74 |
| AMOUNT YOU PAID LAST CALENDAR YEAR FOR FUNERAL AND BURIAL EXPENSES FOR YOUR DECEASED SPOUSE OR DEPENDENT CHILD (Also enter spouse or child's information in Section VI.) | $ — |
| AMOUNT YOU PAID LAST CALENDAR YEAR FOR YOUR COLLEGE OR VOCATIONAL EDUCATIONAL EXPENSES (e.g., tuition, books, fees, materials) DO NOT LIST YOUR DEPENDENTS' EDUCATIONAL EXPENSES. | $ — |

### SECTION IX - PREVIOUS CALENDAR YEAR NET WORTH (Use a separate sheet for additional dependents)

| | VETERAN | SPOUSE | CHILD 1 |
|---|---|---|---|
| CASH AMOUNT IN BANK ACCOUNTS (e.g., checking and savings accounts, certificates of deposit, individual retirement accounts, stocks and bonds.) | $ 500 | $ — | $ — |
| MARKET VALUE OF LAND AND BUILDINGS MINUS MORTGAGES AND LIENS. (e.g., second homes and non-income producing property.) DO NOT INCLUDE YOUR PRIMARY HOME. | $ — | $ — | $ — |
| VALUE OF OTHER PROPERTY OR ASSETS (e.g., art, rare coins, collectables) MINUS THE AMOUNT YOU OWE ON THESE ITEMS. INCLUDE VALUE OF FARM, RANCH OR BUSINESS ASSETS. Exclude household effects and family vehicles. | $ — | $ — | $ — |

### SECTION X - CONSENT TO COPAYMENTS

If you are a 0% SC veteran and do not receive VA monetary benefits or a NSC veteran (and you are not a Former POW, Purple Heart Recipient or VA pensioner) and your household income (or combined income and net worth) exceeds the established threshold, this application will be considered for enrollment, but only if you agree to pay VA copays for treatment of your NSC conditions. If you are such a veteran, by signing this application you are agreeing to pay the applicable VA copays as required by...

### SECTION XI - ASSIGNMENT OF BENEFITS

I understand that pursuant to 38 U.S.C. Section 1729, VA is authorized to recover or collect from my health plan (HP) for the reasonable charges of nonservice-connected medical care or services furnished or provided to me. I hereby authorize payment directly to VA from any HP under which I am covered (including coverage provided by my spouse's HP) that is responsible for payment of the charges for my medical care, including benefits otherwise payable to me or my spouse.

ALL APPLICANTS MUST SIGN AND DATE THIS FORM. REFER TO INSTRUCTIONS ON WHO CAN SIGN ON BEHALF OF THE VETERAN.

SIGNATURE OF APPLICANT | DATE (mm/dd/yyyy)

CORRECTED (IF CHECKED)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|
| STATE STREET RETIREE SERVICES FOR AMERICAN AIRLINES FIXED BENEFIT PLAN P O BOX 5149 BOSTON MA 02206-5149 | 6,652.20 | | **2010** Form 1099-R | |
| | 2a Taxable amount 6,652.20 | | | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | | Copy C For Recipient's Records |
| | 3 Capital gain (included in box 2a) 0.00 | 4 Federal income tax withheld 0.00 | | |
| PAYER'S Federal Identification number: 04-3581074 | RECIPIENT'S Identification number: ***-**-**** | 5 Employee contrib./Designated Roth contrib. or insurance premiums 0.00 | 6 Net unrealized appreciation in employer's securities 0.00 | |
| RECIPIENT'S name, street address, city, state, and ZIP code CHARLES L KLEIN 3213 FLOWERTREE RD ORLANDO FL 32812 | 7 Distribution code(s) 7 | IRA/ SEP/ SIMPLE ☐ | 8 Other 0.00 % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution % | 9b Total employee contributions | | |
| | 1st year of desig. Roth contrib. | 10 State tax withheld 0.00 | 11 State/Payer's state no. FL/ | 12 State distribution |
| Account number (see instructions) AMR   FBP 302 | 13 Local tax withheld | 14 Name of locality | 15 Local distribution | |

Form 1099-R (KEEP FOR YOUR RECORDS) Department of the Treasury - Internal Revenue Service

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2010
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
CHARLES L KLEIN

**Box 2. Beneficiary's Social Security Number**
[redacted]

**Box 3. Benefits Paid in 2010**
$15,126.00

**Box 4. Benefits Repaid to SSA in 2010**
NONE

**Box 5. Net Benefits for 2010** (Box 3 minus Box 4)
$15,126.00

### DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or direct deposit | $13,968.00 |
| Medicare Part B premiums deducted from your benefits | $1,158.00 |
| Total Additions | $15,126.00 |
| Benefits for 2010 | $15,126.00 |

*Handwritten annotations:*
YEARLY
AMERICAN AIR   662
$21,778.00
MEDICARE   1158.00
$20,620.48   MED B

### DESCRIPTION OF AMOUNT IN BOX 4

*Handwritten annotations:*
AMERICAN AIRLINES → NONE  6652
$21,778
TOTAL INCOME  21,778
MEDICARE MINUS – 840
20,928
–1158
MED B

**Box 6. Voluntary Federal Income Tax Withheld**
NONE   97.70

**Box 7. Address**
CHARLES L KLEIN
3213 FLOWERTREE RD
ORLANDO FL 32812-4860

*Handwritten annotations:*
HOUSE INS = 1600
181.70
HOUSE TX = 1000
171.70

**Box 8. Claim Number** (Use this number if you need to contact SSA.)
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A

*Handwritten annotations:*
CAR INS
NON REIMBURSED  1637
MEDICAL EXP. = 2805
2011
$13,562
840
+ $14,402

Form SSA-1099-SM (1-2011)   DO NOT RETURN THIS FORM TO SSA OR IRS   C

SOCIAL SECURITY ADMINISTRATION
GREAT LAKES PROGRAM SERVICE CENTER

PRESORTED
FIRST-CLASS MAIL

# Form 1040 — U.S. Individual Income Tax Return 2010

Department of the Treasury—Internal Revenue Service  
(99)   IRS Use Only—Do not write or staple in this space.  
OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning _____, 2010, ending _____, 20___

**Name, Address, and SSN** (See separate instructions.)

- Your first name and initial: Charles L
- Last name: Klein
- Your social security number: [redacted]
- Home address (number and street): 3213 Flowertree Rd
- City, town or post office, state, and ZIP code: Orlando FL 32812

Presidential Election Campaign: ☐ You   ☐ Spouse

**Filing Status**: 1. ☒ Single

**Exemptions**:
- 6a ☒ Yourself
- Boxes checked on 6a and 6b: 1
- d Total number of exemptions claimed: 1

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 12431 |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss) | |
| 13 | Capital gain or (loss) | |
| 14 | Other gains or (losses) | |
| 15b | IRA distributions - Taxable amount | |
| 16b | Pensions and annuities - Taxable amount | 66320 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss) | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits: 15,126 | |
| 20b | Taxable amount | 0 |
| 21 | Other income. Form 1099 American Air | 5515 |
| 22 | Total income | 68366 |

**Adjusted Gross Income**

Lines 23–35 blank.

| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. Adjusted gross income | 68366 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2010)

Form 1040 (2010)         Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38   6831 |
| | 39a | Check if: ☒ You were born before January 2, 1946, ☐ Blind. ☐ Spouse was born before January 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | 1 |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b☐ | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40   5700 |
| | 41 | Subtract line 40 from line 38 | 41   1131 |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42   3650 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43   0 |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 |
| | 46 | Add lines 44 and 45 ▶ | 46 |
| | 47 | Foreign tax credit. Attach Form 1116 if required   47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441   48 | |
| | 49 | Education credits from Form 8863, line 23   49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880   50 | |
| | 51 | Child tax credit (see instructions)   51 | |
| | 52 | Residential energy credits. Attach Form 5695   52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ____   53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55   0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 |
| | 59 | a ☐ Form(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | 59 |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099   61 | |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return   62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay credit. Attach Schedule M   63 | |
| | 64a | Earned income credit (EIC)   64a | |
| | b | Nontaxable combat pay election   64b | |
| | 65 | Additional child tax credit. Attach Form 8812   65 | |
| | 66 | American opportunity credit from Form 8863, line 14   66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10   67 | |
| | 68 | Amount paid with request for extension to file   68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld   69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136   70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885   71 | |
| | 72 | Add lines 61, 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72   0 |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a |
| Direct deposit? See instructions. | ▶ b | Routing number     ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶   75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see instructions ▶ | 76 |
| | 77 | Estimated tax penalty (see instructions)   77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☐ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶ ☐☐☐☐☐

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 12. Keep a copy for your records.

Your signature ▶ *Charl. Z Klein*    Date 5/4/11    Your occupation RETIRED    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation

**Paid Preparer Use Only**

Print/Type preparer's name: Charles Klein    Preparer's signature: *Charl Klein*    Date 5/4/11    Check ☐ if self-employed    PTIN

Firm's name ▶     Firm's EIN ▶

Firm's address ▶     Phone no.

Form **1040** (2010)

# Form 1040 — U.S. Individual Income Tax Return 2009

Department of the Treasury — Internal Revenue Service

For the year Jan 1 - Dec 31, 2009, or other tax year beginning _____, 2009, ending _____, 20 ___ (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions)

- Your first name: **Charles**   MI: **L**   Last name: **Klein**
- Your social security number: [redacted]
- If a joint return, spouse's first name: (blank)   MI: (blank)   Last name: (blank)
- Spouse's social security number: (blank)
- Home address (number and street): **3213 Flowertree Rd**   Apartment no.: (blank)
- City, town or post office: **Orlando**   State: **FL**   ZIP code: **32812**

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund? — You: (blank)   Spouse: (blank)

## Filing Status (Check only one box)

- [X] 1 Single
- [ ] 2 Married filing jointly (even if only one had income)
- [ ] 3 Married filing separately. Enter spouse's SSN above & full name here.
- [ ] 4 Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here.
- [ ] 5 Qualifying widow(er) with dependent child (see instructions)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b [ ] Spouse

Boxes checked on 6a and 6b: **1**

c Dependents: (none)

d Total number of exemptions claimed: **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 162. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see instrs) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see instrs) | 6,652. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see instructions) | |
| 20a | Social security benefits: 15,125. | |
| 20b | Taxable amount (see instrs) | 0. |
| 21 | Other income: OTHER INCOME FROM FORM 1099-MISC | 775. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** | 7,589. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 – 31a and 32 – 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 7,589. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 09/17/09   Form **1040** (2009)

Form 1040 (2009)   Charles L Klein                                                    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        Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 7,589. |
| | 39a | Check if: [X] You were born before January 2, 1945, [ ] Blind. [ ] Spouse was born before January 2, 1945, [ ] Blind. Total boxes checked ▶ 39a | 1 | |
| Standard Deduction for — | | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b [ ] | | |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions. | 40a | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40a | 7,100. |
| | | b If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ▶ 40b [ ] | | |
| | 41 | Subtract line 40a from line 38 | 41 | 489. |
| | 42 | Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | 42 | 3,650. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| • All others: | 44 | Tax (see instrs). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | 44 | 0. |
| Single or Married filing separately, $5,700 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 0. |
| Married filing jointly or Qualifying widow(er), $11,400 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 29 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| Head of household, $8,350 | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Credits from Form: a [ ] 8396 b [ ] 8839 c [ ] 5695 | 52 | |
| | 53 | Other crs from Form: a [ ] 3800 b [ ] 8801 c [ ] | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | Additional taxes: a [ ] AEIC payments b [ ] Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 55-59. This is your total tax ▶ | 60 | 0. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 9. |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return | 62 | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credit. Attach Schedule M | 63 | 0. |
| | 64a | Earned income credit (EIC) | 64a | |
| | | b Nontaxable combat pay election ▶ 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Refundable education credit from Form 8863, line 16 | 66 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 | 67 | |
| | 68 | Amount paid with request for extension to file (see instructions) | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) | 69 | |
| | 70 | Credits from Form: a [ ] 2439 b [ ] 4136 c [ ] 8801 d [ ] 8885 | 70 | |
| | 71 | Add lns 61-63, 64a, & 65-70. These are your total pmts ▶ | 71 | 9. |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you overpaid | 72 | 9. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 73a | 9. |
| | | ▶ b Routing number XXXXXXXXX   ▶ c Type: [ ] Checking  [ ] Savings | | |
| | | ▶ d Account number XXXXXXXXXXXXXXXXX | | |
| | 74 | Amount of line 72 you want applied to your 2010 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ▶ | 75 | |
| | 76 | Estimated tax penalty (see instructions) 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [ ] Yes. Complete the following. [X] No | | | |
| | Designee's name ▶      Phone no. ▶      Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ▶      Date      Your occupation: Retired      Daytime phone number | | | |
| | Spouse's signature. If a joint return, both must sign. ▶      Date      Spouse's occupation | | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶      Date      Check if self-employed [ ]      Preparer's SSN or PTIN | | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶      EIN      Phone no. | | | |

FDIA0112 09/17/09                                                                           Form **1040** (2009)