UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES L. KLEIN, SALLY L. BAPTISTE,
and THERESA L. KAJKOWSKI,

      Plaintiffs,

v.

                                 Case No.: 6:12-CV-1256-ORL-36DAB

SENATE MAJORITY LEADER HARRY
REID, and HOUSE SPEAKER
CONGRESSMAN JOHN BOEHNER,

      Defendant.
_____/

## O R D E R

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on August 20, 2012 (Doc. 3). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny Plaintiff's Motion to Proceed In Forma Pauperis, filed on August 15, 2012 (Doc. 2). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate's Report were filed by Plaintiffs on September 17, 2012 (Doc. 6). Plaintiffs did not file specific objections to the findings in the Report and Recommendation. Instead, Plaintiffs' objections consist of "new evidence" to support their complaint.

Upon consideration of the Report and Recommendation and Plaintiffs' objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Doc. 3) should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED:**

(1)   The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review

(2)   Plaintiff's Motion to Proceed In Forma pauperis (Doc. 2) is **DENIED,** and this action is **DISMISSED**.

(3)   The Clerk is directed to terminate all pending motions and deadlines, and close this case.

**DONE AND ORDERED** at Orlando, Florida, this October 12, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable David A. Baker
Counsel of Record